UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:08-14045-CIV-MARTINEZ-WHITE**

WILBUR RUDOLPH,

    Petitioner,

vs.

JAMES A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The Magistrate Judge filed a Report (D.E. No. 21), recommending that Petitioner's § 2254 petition be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the Objections to Magistrate Judge White's Report present. The Objections repeat the arguments already addressed in Magistrate Judge White's well-reasoned Report.[1] Thus, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 21)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

---

[1] With regard to his first claim, Petitioner's argument focuses more on counsel's failure to object to the hearsay evidence as a violation of the Confrontation Clause. This claim has already been sufficiently addressed by Magistrate Judge White, and the Court agrees that it is meritless. *See* (D.E. No. 21 at 10-11 n.8); *see also Espy v. Massac*, 443 F. 3d 1362, 1367 (11th Cir. 2006) (finding *Crawford v. Washington*, 541 U.S. 36 (2004) does not apply retroactively). In addition, Petitioner concedes in his Objections that his fourth claim is unexhausted.

**ADJUDGED** that

1. Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of November, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Wilbur Rudolph, pro se